**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOICATION, AS TRUSTEE FOR ABFC 2006-OPT2 TRUST, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2, </br></br>Plaintiff,</br></br>vs.</br></br>JEFF HOLLINGSWORTH AND SHERRY HOLLINGSWORTH AND/OR ALL OCCUPANTS,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) No. 3:15-CV-1298-N-BH</br>)</br>)</br>)</br>)</br>)</br>) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.   In the alternative, the Court grants Plaintiff's motion to remand under the forum defendant rule, 28 U.S.C. sec. 1441(b). Accordingly, by separate judgment, this action will be *sua sponte* **REMANDED** to the Justice Court of Tarrant County, Texas, Precinct 3.

**SIGNED** this 18th day of May, 2015.

_____
**UNITED STATES DISTRICT JUDGE**